**Opinion issued December 17, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00636-CV

———————————

**JARED WOODFILL AND WOODFILL LAW FIRM, PC, Appellants**

**V.**

**ALEKSANDER & ASSOCIATES P A, Appellee**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-31733**

---

## MEMORANDUM OPINION

Appellants Jared Woodfill and Woodfill Law Firm, PC have filed a motion to dismiss the appeal because the parties have reached an agreement to dismiss the appeal with prejudice. No response to the motion has been filed.

The motion is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.